UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | §  Criminal No. 3:21-cr-22 |
| TIMOTHY ALAN FORTENBERRY | § |
| Defendant. | § |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff, 3602 County Rd 45, Angleton, Texas 77515

TO:   United States Marshal, Southern District of Texas, or any other duly authorized United States Marshal

GREETINGS:

We command that you have **TIMOTHY ALAN FORTENBERRY, DOB: 06/30/1982,** now duly committed to the custody of the Sheriff of Brazoria County Jail, Angleton, Texas, under safe and secure conduct before the United States District Court for the Southern District of Texas, Galveston Division, at 601 25th Street, Galveston, Texas, on the __8/3__ day of 2021, at __10:00__ A.M., there and at that time to appear for an initial appearance and any other necessary appearances in the above-styled and numbered case now pending against him in said Court, and after all proceedings have been disposed of, that you return him to the Sheriff of Brazoria County Jail, Angleton, Texas, under safe and secure conduct, and have you then and there this Writ.

WITNESS the Honorable United States Magistrate for the Southern District of Texas, and the seal of said Court in the City of Galveston, Texas, on this __30th__ day of __July__ 2021.

_____
UNITED STATES MAGISTRATE JUDGE